## 40799. WATKINS v. CONWAY.

FRANKUM, Judge. "To a petition seeking to enforce a foreign judgment the defendant interposed a challenge reciting merely that he 'generally demurs to the petition.' This did not raise the defense of a bar by a statute of limitation since the statute must be expressly invoked to raise such defense. *Consolidated Distributors, Inc. v. City of Atlanta,* 193 Ga. 853, 855 (20 SE2d 421)." *Watkins v. Conway,* 220 Ga. 27 (136 SE2d 756). The trial court treated the challenge to the petition as a general demurrer and sustained the same. Regardless of whether the trial court was correct in so treating the challenge, the petition was sufficient to set forth a cause of action as against the challenge made against it, and the court erred in sustaining such challenge.

*Judgment reversed. Felton, C. J., and Pannell, J., concur.*
DECIDED JULY 16, 1964.

*Kilpatrick, Cody, Rogers, McClatchey & Regenstein, William G. Vance,* for plaintiff in error.
*Martin McFarland,* contra.